UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLE M. PROSA,

              Plaintiff,

     -v-

COMMISSIONER OF SOCIAL SECURITY,

              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/1/2026_

**ORDER**

26-CV-2830 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's request to extend the briefing schedule. ECF No. 11. The request is **GRANTED**. Plaintiff shall file her motion by **October 7, 2026**. Defendant shall file its response by **January 5, 2027**. Plaintiff shall file her reply by **January 19, 2027**.

The Parties are notified that no further extensions will be granted absent extraordinary circumstances.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 11 as **GRANTED**.

**SO ORDERED.**

Dated: July 1, 2026
     New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge