UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/14/2026

NICOLE M. PROSA,

Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,

Defendants.

**ORDER**

26-CV-2830 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By order dated July 1, 2026, Plaintiff was directed to file her motion for review of her Social Security Administration decision by October 7, 2026. ECF No. 12. The deadline to submit the brief is extended *nunc pro tunc* to October 8, 2026. Accordingly, the brief is considered timely filed.

**SO ORDERED.**

Dated: October 14, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge